UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Judith K. Schubert,

Plaintiff,

v.

American Home Products
Corporation, et al.,

Defendants.

Civil 00-1022 JMR/FLN

ORDER OF RECUSAL

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: May 9, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED MAY 10 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______________
Deputy Clerk's Initials ______

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge John M. Mason.

NEW CASE NUMBER 00-1022 JMR/JMM

Use this case number for all further filings.